UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

ROMUALDO SOSA LOPEZ, *Individually and on behalf of all other employees similarly situated*,

                             Plaintiff,

                             vs.

CHOCK DEE CORP. (d/b/a WONDEE SIAM I),
MA RAUY CORP. (d/b/a WONDEE SIAM I),
LUCKY FLUKE CORP. (d/b/a WONDEE SIAM II),
PAMUAN LIKITSANSOOK and PHIMPLOY LIKITSANSOOK,

                            Defendants,

-------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/19
```

Case No. 17-CV-02731-AKH

**ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS**

     IT IS HEREBY STIPULATED by and between Plaintiff and Defendants in the above-captioned action, by and through their undersigned counsel, that the above-captioned action is hereby dismissed with prejudice and without an award of attorneys' fees or costs. Facsimile or scanned copies of this Order and Stipulation shall be deemed an original for all purposes.

*MICHAEL FAILLACE & ASSOCIATES, P.C.*

By: _____
Finn Dusenbery, Esq.
*60 East 42nd Street, Suite 2540*
*New York, New York 10165*
T. 212.317.1200
Attorneys for Plaintiff
Dated: 10-31, 2019

*HALSBAND LAW OFFICES*

By: _____
David S. Halsband, Esq.
*Court Plaza South*
*21 Main Street, East Wing, 3d Fl.*
Hackensack, New Jersey 07601
T. 201.487.6249
Attorneys for Defendants (except Chock Dee, Corp.)
Dated: 10-31, 2019

***THE TERMS OF THE SETTLEMENT ARE APPROVED AS SET FORTH ON THE RECORD ON OCTOBER 25, 2019.***

SO ORDERED

_____
U.S.D.J.
11-1-19